JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 889 -- In re Aseptic Vial and Cap Patent Litigation

| Date | Pldg. # | Pleading Description |
|---|---|---|
| 91/04/23 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-2) -- Filed by pltfs. Capitol Vial, Inc., et al. -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF MINNESOTA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (received 4/22/91) (rh) |
| 91/05/02 | 2 | RESPONSE -- (to pldg. #1) Filed by defendant Heinke Technology, Inc. -- w/cert. of svc. (sg) |
| 91/05/06 |   | APPEARANCES -- DAVID D. REYNOLDS, ESQ. for Capitol Vial, Inc.; R. CARL MOY, ESQ. for Lincoln Suppliers, Inc.; DENNIS L. THOMTE, ESQ. FOR Heinke Technology, Inc. (sg) |
| 91/05/20 | 3 | RESPONSE -- (to pldg. #1) Filed by deft. Heinke Technology, Inc. -- w/cert. of svc. (sg) |
| 91/06/14 |   | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |
| 91/07/26 |   | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland Maine) -- ALL PARTIES WAIVED (ds) |
| 91/07/31 |   | ORDER DENYING TRANSFER -- (A-1) Capitol Vial, Inc., et al. v. Lincoln Suppliers, Inc., D. Minnesota, C.A. No. 90-CV-580; (A-2) Capitol Vial, Inc., et al v. Heinke Technology, Inc., D. Nebraska, C.A. No. 90-L-449 -- Notified involved counsel, miscellaneous recipients, clerks and judges (sg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 889 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Aseptic Vial and Cap Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 26, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 31, 1991 | MO | | | | |

### Special Transferee Information

DATE CLOSED: July 31, 1991

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 889 -- In re Aseptic Vial and Cap Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Capitol Vial, Inc., et al. v. Lincoln Suppliers, Inc. | Minn. Magnuson | 90-CV-580 | | | 7/3/91 | Denied |
| A-2 | Capitol Vial, Inc., et al. v. Heinke Technology, Inc. | Neb. Urbom | 90-L-449 | | | 7/31/91 | Denied |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 889 -- In re Aseptic Vial and Cap Patent Litigation

==================================================================

CAPITOL VIAL, INC.   (A-1 & (A-2)
David D. Reynolds, Esq.
Burns, Doane, Swecker & Mathis
The George Mason Building
Washington & Prince Streets
P.O. Box 1404
Alexandria, Virginia   22313-1404

LINCOLN SUPPLIERS, INC.
R. Carl Moy, Esq.
Merchant, Gould, Smith, Edell
Welter & Schmidt, P.A.
3100 Norwest Center
Minneapolis, Minnesota   55402

HEINKE TECHNOLOGY, INC.
Dennis L. Thomte, Esq.
Zarley, McKee, Thomte, Voorhees & Sease
1111 Commercial Federal Tower
2120 South 72nd Street
Omaha, Nebraska   68124

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 889 -- In re Aseptic Vial and Cap Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Lincoln Suppliers, Inc. | A-1 |
| Heinke Technology, Inc. | A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |